# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MERLE L. ROYCE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15 C 259 |
| | ) |
| **MICHAEL R. NEEDLE, P.C.**, et al., | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

This Court's further review of its lengthy February 2, 2016 memorandum opinion and order (Dkt. No. 211) discloses that a few -- but important -- words were inadvertently inserted in error. To correct that error the words "and this Court granted" are stricken from the second sentence of the penultimate paragraph of the opinion's section captioned "Dismissed Counterclaims," so that the sentence reads:

> On that appointed date Fata requested leave to withdraw Needle, P.C.'s amended responsive pleadings in order to amend them further (Dkt. No. 106).

And to make the reason for that change clear, the following sentence is added at the end of that paragraph:

> Because this Court did not grant Fata's July 30 motion (Dkt. No. 117), Needle, P.C.'s amended responsive pleadings remained intact.

                                          _____
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: February 2, 2016