IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERLE L. ROYCE,         Plaintiff<br>    v.<br><br>MICHAEL R. NEEDLE P.C.<br>AMARI COMPANY, INC.<br>BRADLEY M. GRIFFIN, INC.<br>CHAMBERLAIN INDUSTRIES, INC.<br>f/k/a AI FACTORY DIRECT CARPET<br>COMPSOLUTION VA, INC.<br>DePATCO, INC.<br>GIGS L.L.C.<br>LEE GILBERT d/b/a GILBERT-<br>AMERICAN COMPANIES,<br>JAMES SHURTLEFF, assignee of<br>GUNNISON METAL SHOP<br>HANDLEY COMMERCIAL HVAC LLC,<br>Assignee of HANDLEY HEAT & AIR,<br>INDUSTRIAL RESOURCE GROUP L.L.C.<br>INTEGRATED SIGN & GRAPHIC, INC.<br>JOHN CARDULLO & SONS, INC.<br>JRP CONSTRUCTION LLC<br>KYLE'S DISCOUNT STUFF<br>TRING CORP.<br>TRINKS BROS LLC,<br>         Defendants<br>and<br>ANTHONY FATA<br>CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL<br>MICHAEL R. NEEDLE,<br>         Respondents | Case No. 15 C 00259<br>Judge Milton I. Shadur<br>Mag. Judge Sheila M. Finnegan |

## NOTICE OF APPEAL

NOTICE is hereby given that Michael R. Needle P.C., and Michael R. Needle, a defendant and a respondent in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from Orders entered April 18, 2016 (Dkt. 266) and May 6, 2016 (Dkt 279), and orders ancillary thereto, directing the plaintiff, as escrowee of the settlement fund at issue in this interpleader case, to pay fees to counsel for the plaintiff and to counsel for certain defendants from appellant Michael R. Needle P.C.'s undetermined share of the settlement fund in connection with sanctions imposed on one or both appellants by prior Orders.

**MICHAEL R. NEEDLE P.C.**

Dated: May 18, 2016  By: /s/Michael R. Needle
Michael R. Needle P.C.
1904 Wallace Street
Philadelphia, PA 19130
(215) 279-7094
mnjam@hotmail.com

*Attorney for Michael R. Needle, P.C.
and Michael R. Needle*

**CERTIFICATE OF SERVICE**

      Michael R. Needle, an attorney, hereby certifies that on May 18, 2016, service of the foregoing *Notice of Appeal* was accomplished pursuant to ECF as to Filing Users and that I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/Michael R. Needle
Michael R. Needle P.C.
1904 Wallace Street
Philadelphia, PA 19130
(215) 479-1854
mnjam@hotmail.com